IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEWART CHARLES BOND,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2543

Opinion filed October 4, 2016.

An appeal from an order of the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Stewart Charles Bond, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Matthew Pavese, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    DISMISSED. This dismissal is without prejudice to appellant's right to seek appellate review following entry of a final order denying appellant's motion for postconviction relief. Criner v. State, 59 So. 3d 196, 196-7 (Fla. 1st DCA 2011).

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.